JAMES F. MCCABE (CA SBN 104686)
JMcCabe@mofo.com
Angela E. Kleine (CA SBN 255643)
AKleine@mofo.com
Sarah N. Davis (CA SBN 275145)
SarahDavis@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:   415.268.7000
Facsimile:   415.268.7522

Attorneys for Defendant Sunrun Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shatri Sion, *individually and on behalf of all others similarly situated*,<br><br>    Plaintiff,<br><br>    v.<br><br>Sunrun Inc., and LGCY Power, LLC,<br><br>    Defendants | Case No. 3:16-cv-05834-JST<br><br>**STIPULATION OF DISMISSAL**<br><br>JUDGE:  Honorable Jon S. Tigar |

STIPULATION OF DISMISSAL
CASE NO. 3:16-CV-05834-JST
sf-3757165

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Shatri Sion and Defendant Sunrun Inc., by and through their undersigned counsel, stipulate to dismiss this action as to Defendant Sunrun Inc. in its entirety. The claims alleged on behalf of Plaintiff Shatri Sion against Defendant Sunrun Inc. shall be dismissed with prejudice. The claims on behalf of the putative class members are dismissed without prejudice. Each party shall bear his or its own costs and expenses, including attorneys' fees.

Dated: April 10, 2017

JAMES F. MCCABE
ANGELA E. KLEINE
SARAH N. DAVIS
MORRISON & FOERSTER LLP

By:   /s/ *Sarah N. Davis*
       Sarah N. Davis

Attorneys for Defendant
SUNRUN INC.

Dated: April 10, 2017

ABBAS KAZEROUNIAN, ESQ.
KAZEROUNI LAW GROUP, APC

JOSHUA B. SWIGART, ESQ.
SARA F. KHOSROABADI
HYDE & SWIGART

By:   /s/ *Sara F. Khosroabadi*
       Sara F. Khosroabadi

Attorneys for Plaintiff
SHATRI SION

STIPULATION OF DISMISSAL
CASE NO. 3:16-CV-05834-JST
sf-3757165

1

## ECF ATTESTATION

I, Sarah N. Davis, am the ECF User whose ID and Password are being used to file this:

**STIPULATION OF DISMISSAL**

In compliance with Civil L. R. 5.1, I hereby attest that Sara F. Khosroabadi concurred in this filing.

Dated: April 10, 2017                    MORRISON & FOERSTER LLP

                                         By:  */s/ Sarah N. Davis*
                                              SARAH N. DAVIS

STIPULATION OF DISMISSAL
CASE NO. 3:16-CV-05834-JST
sf-3757165

2